IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

NELSON AUSTIN,

    Plaintiff,

vs.

CHARLES AYERS, Warden and
THE CENTER FOR PRISONERS
LEGAL ASSISTANCE,

    Defendants.

CIVIL ACTION NO.: CV502-059

## ORDER

Plaintiff, an inmate currently incarcerated at Muscogee County Correctional Institution, in Columbus, Georgia, filed a Notice of Appeal and a Motion to Proceed in forma pauperis on appeal on September 8, 2003. Pursuant to 28 U.S.C. § 1915 and the Rules of the Eleventh Circuit Court of Appeals, Plaintiff must pay the $105.00 for filing his notice of appeal.

Accordingly, the Court's Order dated August 26, 2002, is hereby amended to reflect that Plaintiff's financial obligation for filing a complaint and a notice of appeal in this case totals $255.00. Plaintiff's custodian is directed to continue deductions from Plaintiff's Inmate Trust Account in the same manner as set forth in the August 26, 2002 Order until the total amount is paid. All other terms of the August 26, 2002 Order remain unchanged. The Clerk is directed to serve a copy of the August 26, 2002 Order and a copy of this Order upon Plaintiff and Plaintiff's current custodian.

SO ORDERED, this 26th day of April, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)